Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation Made by ANTHONY SKARPELETZOS by D. N. BOTASSI, Greek Consul, Respondent, v. COUNES & RAPTIS CORPORATION,

Employer, and GENERAL ACCIDENT, FIRE AND LIFE ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award affirmed on the authority of *Casella* v. *McCormick* (180 App. Div. 94). All concurred, except Lyon, J., dissenting, on the dissenting opinion in the same case.